# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EMMA MILLER,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:14-CV-1301** |
| vs. | : | **(MANNION, D.J.)** |
| | | **(SCHWAB, M.J.)** |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The plaintiff's objections to the report and recommendation, (Doc. 17), are **DENIED**.
2. The report and recommendation, (Doc. 16), is **ADOPTED.**
3. The plaintiff's appeal, (Doc. 1), of the defendant Commissioner's decision, is **DENIED**.
4. The Clerk of Court shall close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated**: **March 6, 2015**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1301-01 order.wpd